UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANDRIAN SHERMAN, | ) | CASE NO. C07-0778-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RENOTING PLAINTIFF'S |
| | ) | MOTION FOR SUMMARY |
| PATRICK BARNES, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed a motion for summary judgment (Dkt. No. 22) which is noted for consideration by the Court on November 30, 2007. (Dkt. No. 29). Defendants have also filed a motion for summary judgment which is noted for consideration on December 28, 2007. (Dkt. No. 35). In order to allow the Court to consider the two motions together, the Clerk shall RENOTE plaintiff's motion (Dkt. No. 22) for consideration by the Court on **December 28, 2007.** Plaintiff is advised that his response to defendants' motion is due no later than **December 24, 2007.** The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Marsha J. Pechman.

DATED this 4th day of December, 2007.

Mary Alice Theiler
United States Magistrate Judge