___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB - 8 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00778-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANDRIAN SHERMAN, | ) | CASE NO. C07-0778-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| PATRICK BARNES, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed plaintiff's motion for summary judgment, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion for summary judgment (Dkt. No. 22) is DENIED;

(3)     Defendants' motion for summary judgment (Dkt. No. 35) is GRANTED;

(4)     The complaint and this § 1983 action are DISMISSED with prejudice;

(5)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

ORDER DISMISSING § 1983 ACTION
PAGE -1

01 | defendants, and to Judge Theiler.

02 | DATED this __8__ day of __Feb.__, 2008

*signature*

MARSHA J. PECHMAN
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -2